CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 1 3 2007

JOHN F. CORCORAN, CLERK
BY:
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

MARION WAYNE JORDAN,                    )
    Petitioner,                             )    Civil Action No. 7:06cv00115
                                            )
v.                                      )    **FINAL ORDER**
                                            )
UNITED STATES OF AMERICA,               )    By: Hon. Norman K. Moon
    Respondent.                             )    United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is now

### ORDERED

that respondent's motion to dismiss shall be and hereby is **GRANTED**; petitioner's motion to

vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED**;

and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying

Memorandum Opinion to the petitioner.

**ENTER**: This 13th day of September, 2007.

United States District Judge